**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
(CHICAGO)**

| | |
|---|---|
| JAMES K. BERNARD, JR., | |
| Plaintiff, | CASE NO.: 1:25-cv-10256 |
| v. | Honorable Jorge L. Alonso |
| EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendant. | |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S
RULE 12(b)(6) MOTION TO DISMISS THE COMPLAINT**

Defendant Experian Information Solutions, Inc., ("Experian"), by and through its counsel, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby files its Motion to Dismiss Plaintiff James K. Bernard, Jr.'s Complaint.

This Motion is based on the accompanying Memorandum of Law in Support of Experian's Rule 12(b)(6) Motion to Dismiss the Complaint, all of the papers on file in this action, and upon such further evidence or argument that the Court may consider.

Dated: October 21, 2025          Respectfully submitted:

By: */s/ Stephen D. Lozier*
    Stephen D. Lozier
    **Troutman Pepper Locke LLP**
    111 S. Wacker Dr., Ste. 4100
    Chicago, IL 60606
    Telephone:  (312) 759-3203
    Facsimile:  (312) 759-1939
    Email: stephen.lozier@troutman.com
    *Counsel for Defendant Experian
    Information Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2025, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record. I further certify that a copy was also served upon the following party by email and U.S. mail:

James K. Bernard Jr.
844 N. Massasoit Ave.
Chicago, Illinois 60651
J_bernard0303@yahoo.com
*Pro Se Plaintiff*

/s/ Stephen D. Lozier
Stephen D. Lozier

*Counsel for Defendant Experian Information Solutions, Inc.*

2

321278708